## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest:

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) Magistrate's Case No. 26-1081MJ |
| vs. | ) |
|  | ) COMPLAINT FOR VIOLATIONS OF |
| Forrest Logan Drake, | ) |
|  | ) 43 U.S.C. § 1733 and 43 C.F.R. |
| Defendant. | ) 2920.1-2(a) |
|  | ) Unauthorized Occupancy of Public |
| YOB: 1987 | ) Lands |
|  | ) Count One |

) 43 U.S.C. § 1733 and 43 C.F.R.
) 8365.1-4(a)(2)
) Refusing to Disperse
) Count Two

) 43 U.S.C. § 1733 and 43 C.F.R.
) 8341.1(a)
) Camping / Residing in a Closed Area
) Count Three

) 43 U.S.C. § 1733 and 43 C.F.R.
) 8365.1-2(a)
) Camping Longer than Authorized
) Count Four

) 43 U.S.C. § 1733 and 43 C.F.R.
) 8365.1-1(b)
) Improper Disposal of Non-Flammable
) Trash
) Count Five

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about July 30, 2025, at or near Quartzsite, Arizona, within the District of Arizona, defendant, Forrest Logan DRAKE knowing and willingly occupied public lands, other than for casual use and without

authorization under the procedures in § 2920.1-1 of this title, shall be considered a trespass, in violation of Title 43, United States Code 1733, and Title 43, United States Code of Federal Regulations, Section 2920.1-2(a), a Class A Misdemeanor.

## COUNT TWO

On or about July 30, 2025, at or near Quartzsite, Arizona, within the District of Arizona, Forrest Logan DRAKE, knowing and willingly refused to disperse when directed to do so by an authorized officer  in violation of Title 43, United States Code 1733 and Title 43, United States Code of Federal Regulations, Section 8365.1-4(a)(3), a Class A Misdemeanor.

## COUNT THREE

On or about July 30, 2025, at or near Quartzsite, Arizona, within the District of Arizona, Forrest Logan DRAKE, knowing and willingly camped and resided in an area closed to those activities in violation of Title 43, United States Code 1733 and Title 43, United States Code of Federal Regulations, Section 8364.1(a), a Class A Misdemeanor.

## COUNT FOUR

On or about July 30, 2025, at or near Quartzsite, Arizona, within the District of Arizona, Forrest Logan DRAKE, knowing and willingly camped longer than the period of time permitted by the authorized officer in violation of Title 43, United States Code 1733 and Title 43, United States Code of Federal Regulations, Section 8365.1-2(a), a Class A Misdemeanor.

COUNT FIVE

On or about July 30, 2025, at or near Quartzsite, Arizona, within the District of Arizona, Forrest Logan DRAKE, knowing and willingly camped longer than the period of time permitted by the authorized officer in violation of Title 43, United States Code 1733 and Title 43, United States Code of Federal Regulations, Section 8365.1-2(a), a Class A Misdemeanor.


And the complainant states that this complaint is based on the attached Statement of Probable Cause incorporated herein by reference.


Reviewed by: AUSA Louie Uhl

BRIAN PUCKETT
Digitally signed by BRIAN PUCKETT
Date: 2026.01.28 09:50:20 -07'00'

Brian Puckett
Field Staff Law Enforcement Ranger
US Bureau of Land Management

Sworn to before me and subscribed telephonically, on this __28th__ day of January, 2026, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Brian Puckett, Field Staff Law Enforcement Ranger of the United States Bureau of Land Management (BLM), being duly sworn, declare and state as follows:

### PROBABLE CAUSE

1. **LOCATION OF ARREST**

Bureau of Land Management public lands, La Paz County, Arizona.

2. **UNDERLYING FACTS**

3. This case involves one individual who is residing on BLM managed federal public lands, and further violations for unauthorized use and trespassing; refusing to disperse when directed to do so by law enforcement; camping / residing in a closed area; staying longer than authorized; and improperly disposing of waste and refuse on public lands all of which occurred on federal public lands managed by the United States Department of the Interior, Bureau of Land Management, Colorado River District Office, within the District of Arizona. The individual has been contacted by Law Enforcement Officers on multiple occasions dating back to mid July 2025. The individual is Forest Logan DRAKE (DRAKE) a 38-year-old male. As of January 21, 2026, DRAKE continues to reside on BLM lands in the District of Arizona.

### Probable Cause

4. On or about July 30, 2025, at 2:00 PM, I was patrolling BLM administered federal public lands within La Paz County, near Quartzsite, Arizona. This area is in a BLM special management area under the special stipulations of the Intensive Day Use Recreation Management Zone (RMZ) and La Posa Destination Special Recreation Management Area (SRMA). I observed a camp at or near 33.668648, -114.236715, which is in the District of Arizona. This camp had various accumulated items on the ground near a single vehicle. This camp

matched the description and location provided to me by BLM Supervisory Law Enforcement Ranger Eric Cole and Quartzsite Police Lieutenant Joey Burnett.

5.    Supervisory Law Enforcement Ranger Cole stated to me that he received several complaints on or about July 15, 2025 from the public and nearby landowners about a male living at this location.  Quartzsite Police Lieutenant Burnett stated to me that he spoke with this male individual on or about July 23, 2025, and informed him he was on federal lands, could not camp overnight, and needed to move. Additionally, the BLM Yuma Field Office received multiple complaints from the public stating that a male was living in this area throughout July and August of 2025.

6.    Upon arriving on or about July 30, 2025, I observed a motorhome with a tarp strapped down over it parked on federal public lands, with Arizona plate CTG6864 (the registration was current showing the registered owner as Linda Grace Hohman), near various other items and a significant amount of trash on the ground near the motorhome. I observed a male come out of the motorhome. I waved to the male and indicated that he come to my location between his vehicle and my marked patrol vehicle. Lt Burnett was with me in his marked patrol vehicle and informed DRAKE that he had spoken to him approximately one week prior, and now the BLM was here to talk to him.  I told DRAKE that I was a federal law enforcement officer and asked for his identification. DRAKE provided me with a valid California identification card.  I asked DRAKE how long he had been living in that area which DRAKE stated, "for some time". DRAKE stated that he was pulled to the current location and his vehicle has since been inoperable.   DRAKE stated that he had recently purchased the vehicle from a local private vendor in Quartzsite.

7.   I informed DRAKE that he could not reside nor live on public lands. DRAKE stated that he understood but had nowhere else to go. I informed DRAKE that he needed to leave the area, or he could be arrested and his property impounded. DRAKE again stated that he understood.  I pointed out to DRAKE the several signs that he had to pass coming from Kofa Road to his campsite.  These signs included signs indicating "Entering BLM Public Lands", "Day Use Only", and graphics indicating a tent with a red slash through it.  These signs were located less than 100 yards from DRAKE's campsite.

8.   Due to his refusal to leave previously, and this being the second contact with law enforcement about residing on public lands at this same location, I cited DRAKE with a collateral citation under 43 CFR 2920.1-2(a) for unauthorized use and residing on public lands and another collateral citation under 43 CFR 8365.1-6 for camping in a day use area.  DRAKE was informed on the process and how to either pay the citation or appear to court and provided copies of his citation including all that information.  DRAKE was on the Central Violations Bureau (CVB) court docket at the John M. Roll United States Courthouse in Yuma, Arizona on November 12, 2025.  DRAKE failed to appear before the court, and had not paid the citations.

9.   On or about December 21, 2025, I was notified by BLM Supervisory Law Enforcement Ranger Cole that Quartzsite Police had observed DRAKE continuing to reside on BLM managed public lands in the intensive day use area.  This new location is approximately 3,000' northwest of his previous location and is further into the designated closed area from the location of the July 30, 2025 incident.  At this new location at approximately 33.671392, -114.245702, DRAKE was present with the same motorhome plus an additional travel trailer, with significantly more trash and debris on the ground around the vehicles. These trailers are tucked into some brush and vegetation in how I

interpreted as an attempt to conceal the vehicles from the main access road.

## Conclusion

10.    Based on the foregoing, I believe there is probable cause to support that DRAKE has violated several sections of Title 43 of the United States Code of Federal Regulations:[1]

11.    43 CFR § 2920.1-2(a):[2]    In particular, DRAKE has been documented to be living on BLM administered public lands continuously since on or about July 23, 2025, with public complaints dating back to on or about the middle of July 2025.  This use was not authorized by the BLM, and authorized officers have ordered DRAKE to leave public lands on multiple occasions, including July 23 and July 30, 2025, and this occupation and use of public lands as a domicile has led to further environmental damage.

12.    43 CFR § 8365.1-4(a)(3):[3] In particular, DRAKE was directed on or about July 23, 2025, by Quartzsite Police Lieutenant Burnett, to leave federal public lands in this area.  Additionally, on or about July 30, 2025, I, a uniformed BLM Law Enforcement Officer, again informed DRAKE he was in violation of several laws and needed to move on from this location.  I cited DRAKE on July 30, 2025, for unauthorized use and camping in a closed area.  On November 12, 2025, DRAKE failed to appear before the court.  On December 21, 2025, I was

---

[1] The BLM establishes its enforcement authority through Title 43 United States Code § 1733 and criminal sentencing under Title 18 United States Code Chapter 227 Part II specifically § 3571 and 3581.  The BLM has further established regulations under Title 43 of the United States Code of Federal Regulations under the authority granted in the Federal Land Policy and Management Act of 1976 (43 USC 1701, et seq).

[2] 43 CFR § 2920.1-2(a) - Occupancy, or development of the public lands, other than casual use as defined in § 2920.0-5(k) of this title, without authorization under the procedures in § 2920.1-1 of this title, shall be considered a trespass.

[3] 43 CFR § 8365.1-4(a)(3) - No person shall refuse to disperse when directed to do so by an authorized officer.

informed by BLM Supervisory Law Enforcement Ranger Cole that Quartzsite Police observed DRAKE still residing on BLM public lands in the same area, but further into the closed area. I have observed DRAKE riding his bicycle in this area on several occasions from November 2025 through January 2026.

13. 43 CFR § 8341.1(a):[4] In particular, DRAKE has been documented to be living on BLM administered public lands since on or about the middle of July, 2025. This use was not authorized by the BLM, authorized officers have ordered DRAKE to leave public lands on multiple occasions, including July 23 and July 30, 2025, and this occupation and use of public lands as a domicile has led to further environmental damage. The area has been closed to overnight occupation since 1997, with signs posted along the perimeter, and maps posted at information kiosks. The closure of this area is due to the overuse and damage to natural resources resulting from unauthorized dumping of solid and liquid waste, disturbance of native soils, and depletion of native wood resources.

14. 43 CFR § 8365.1-2(a):[5] DRAKE has violated length of stay requirements at the location he has resided in. Currently he is residing in a special management area that limits use to daytime hours only with no overnight use authorized. DRAKE has been staying on BLM public lands within the established Intensive Day Use Area at this location since on or about mid July 2025, through complaints received,

---

[4] 43 CFR § 8341.1(a) – The authorized officer may issue an order to temporarily close or restrict the use of designated public lands, include roads, trails and waterways, to protect persons, property, public lands or resources. Any person who violates a temporary closure or restriction order may be tried before a United States magistrate and fined in accordance with 18 USC 3571, imprisoned no more than 12 months under 43 USC 1733(a) and § 8360.0-7, or both.
[5] 43 CFR § 8365.1-2(a) No person shall camp longer than the period of time permitted by the authorized officer.

contacts from law enforcement officers, and through his own admission. Further DRAKE through his own admissions is not camping, but instead residing on public lands.

15.   43 CFR § 8365.1-1(b)(1):[6] In particular, DRAKE has accumulated significant amounts of trash, debris, household items and multiple vehicles stored at his current location. The clean-up of which will cost the BLM thousands of dollars.   These items also include human waste, batteries, automotive fluids and other unknown liquids which have leaked into the dirt.   The nature and variety of these items are hazardous materials, both biologically and chemically, and requires specific measures for clean-up.   Additionally, the area DRAKE is currently located in is an intermittent waterway, and any such hazardous materials are transported into the town of Quartzsite upon any rain events.

---

[6] 43 CFR § 8365.1-1(b)(1) – No person shall improperly dispose of non-flammable trash or garbage.

16.     Based on the foregoing, there is probable cause to believe that Forrest Logan DRAKE committed the offenses as alleged in the above complaint.

**BRIAN PUCKETT** Digitally signed by BRIAN PUCKETT
Date: 2026.01.28 09:50:46 -07'00'

Brian Puckett
Field Staff Law Enforcement Ranger
US Bureau of Land Management

Sworn to before me and subscribed telephonically, on this ___28th___ day of January, 2026, at Yuma, Arizona.

HONORABLE JAMES F. METCALF
United States Magistrate Judge